

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ARTHUR JORDAN, | | No. 08-13-00301-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 282rd District Court |
| | § | |
| THE STATE OF TEXAS, | | of Dallas County, Texas |
| | § | |
| Appellee. | | (TC # F-1271156-T) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment should be modified to reflect that Appellant entered a plea of "not true" to the enhancement paragraph, the jury found the enhancement paragraph "true," and that Mark Scott was the prosecutor. The judgment of the court below, as so modified, is affirmed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF FEBRUARY, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.